1 

2025 CO 64
 In Re People v. Simons 
No. 24SA309
Supreme Court of Colorado, En Banc
February 2, 2026

 Petition for Rehearing DENIED. 
 RULE CHANGE 
 RULE CHANGE 2026(03) 
 RULES GOVERNING LAWYER DISCIPLINE AND DISABILITY PROCEEDINGS, PROTECTIVE APPOINTMENT OF COUNSEL, CONTINUING LEGAL AND JUDICIAL EDUCATION, ATTORNEYS' FUND FOR CLIENT PROTECTION, AND LAWYER ASSISTANCE PROGRAMS 242.21 
 Amended and Adopted by the Court, En Banc, January 29, 2026, effective immediately.